[No. 7740-0-II.  Division Two.  June 12, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. SUSAN
K. RUIZ, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific
County, No. C–2656, Herbert E. Wieland, J., entered April
16, 1984. *Affirmed* by unpublished opinion per Petrie, J.
Pro Tem., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7785-0-II.  Division Two.  June 12, 1986.]

STEVEN J. WOLFE, *Appellant,* v. THE DEPARTMENT
OF MOTOR VEHICLES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83–2–03281–0, Nile E. Aubrey, J., entered
April 13, 1984. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Petrich and Alexander, JJ.

[No. 7581-4-II.  Division Two.  June 12, 1986.]

DONALD L. SHAW, *Appellant,* v. KITSAP COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 83–2–00281–0, Terence Hanley, J., entered
January 13, 1984. *Reversed* and *remanded* by unpublished
opinion per Worswick, C.J., concurred in by Reed and
Alexander, JJ.

[Nos. 7272-0-III; 7362-9-III.  Division Three.  June 12, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. A.N.W.
SEED CORPORATION, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Yak-
ima County, No. 85–2–00075–6, Cameron K. Hopkins, J.,
entered June 27 and August 28, 1985. *Reversed* by unpub-
lished opinion per Green, C.J., concurred in by Munson and
McInturff, JJ. Now published at 44 Wn. App. 604.